**FILED**

DEC 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , | No. CR   04-00260 SI |
| Plaintiff, | ORDER STAYING DRUG/ALCOHOL TESTING AND WARRANTLESS SEARCH REQUIREMENTS IN PRETRIAL RELEASE CONDITIONS |
| v. | |
| DANA LEE | |

IT IS HEREBY ORDERED, in light of the recent decision by the Court of Appeals for the Ninth Circuit  in *United States v. Scott*, 424 F.3d 888 (9th Cir. September 9, 2005), that the provisions of any order (including any pretrial bond) previously entered by any judge of this court that subjected a  defendant whose case has not been resolved (by trial, motion, or change of plea) to random tests for substance abuse (drugs or alcohol) and/or to warrantless searches are STAYED.

Defendants who have been convicted (by guilty plea or trial) and who are awaiting sentence or self-surrender remain subject to *all* release conditions previously imposed, including random testing for substance abuse and/or warrantless searches.

Substance abuse treatment programs and half-way houses (e.g., Cornell Corrections) fix the terms and conditions under which persons may be admitted to

1

1  and remain in their programs. These programs may expel or terminate any person

2  who refuses to comply with or who violates the terms and conditions set by the

3  programs. If a defendant who was ordered by the court, as a condition of pretrial

4  release, to participate in a substance abuse program or to reside in a half-way house,

5  is terminated or expelled from the program, it will be necessary for the court to

6  reconsider whether that defendant  may remain out of custody (on a changed set of

7  conditions) pending the disposition of the criminal proceedings.

8      Persons who signed bonds as SURETIES and/or who agreed to serve as

9  CUSTODIANS for a defendant who was subjected, under the terms of the bond, to

10  substance abuse testing and/or warrantless searches, are hereby NOTIFIED THAT

11  THE TERMS OF THE BOND HAVE BEEN CHANGED as reflected above.

12      IT IS FURTHER ORDERED that the Pretrial Services Office shall mail a copy

13  of this ORDER AND NOTICE  to all sureties and/or custodians on bonds whose

14  provisions for substance abuse testing and/or warrantless searches are stayed by this

15  ORDER.

16

17  IT IS SO ORDERED.

18  Dated: 12-14-05

19

20

Honorable Maria Elena James
United States Magistrate Judge

21  Copies to: Pretrial, U.S. Attorney,
Defense Counsel.

22

file: order and notice re changing release conditions

23

24

25

26

27

28

2