UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>v.<br><br>DANA LEE,<br><br>        Defendant(s).<br>_____ / | No. CR-04-0260 SI (JCS)<br><br>**NOTICE OF REFERENCE AND ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to the undersigned for resolution of the government's "motion for a 4241 evaluation" that may be filed on September 20, 2006, as ordered by Judge Susan Illston.

All hearing dates are subject to the availability of the Court's calendar. Please contact the Courtroom Deputy, Karen Hom, at (415) 522-2035, to confirm or, if necessary, reschedule a hearing date. Regardless of whether the Court reschedules a hearing date, all opposition and reply papers shall be timely filed according to the originally noticed hearing date.

LAW AND MOTION PROCEDURES

Criminal law and motion is heard on Friday mornings, at 10:30 a.m., Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.

All filings of documents relating to motions referred to the undersigned shall list the civil case number and the District Court Judge's initials followed by the designation "(JCS)."

All documents shall be filed at the Clerk's Office in compliance with the Criminal Local Rules. Documents not filed in compliance with those rules will not be considered by the Court. At

the time of filing of original papers with the clerk's office, the parties are required to submit two conformed copies of each document, one of which shall be designated **"JCS Chambers' Copy."**

IT IS SO ORDERED.

Dated: September 5, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2